[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-15762
Non-Argument Calendar
_____

D.C. Docket No. 1:96-cr-00025-MP-GRJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GEORGE WASHINGTON PARKER, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(May 30, 2013)

Before CARNES, BARKETT and BLACK, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for George Washington Parker, Jr. in this appeal of the district court's denial of Parker's 18 U.S.C. § 3582(c)(2) motion for a sentence reduction, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Therefore, counsel's motion to withdraw is **GRANTED**, and the denial of Parker's § 3582(c)(2) motion is **AFFIRMED**.